**Motion Granted and Order filed June 23, 2014.**



In The

# Fourteenth Court of Appeals

### NO. 14-14-00417-CV

### NO. 14-14-00458-CV

### IN RE ROBERT PRIMO, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-17078**

## ORDER

On May 30, 2014, relator Robert Primo filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In his petition, relator asks this court to compel the Honorable Dan Hinde, presiding judge of the 269th District Court of Harris County, to vacate an order reinstating a prior order striking relator's request for a jury trial. On June 11, 2014, relator filed

a separate petition for writ of mandamus, asking this court to compel Judge Hinde to vacate his original order striking relator's request for a jury trial.

On June 13, 2014, real parties in interest Porter Hedges LLP, John Alexander Irvine, and Richard Blake Runions filed an unopposed motion to consolidate the related mandamus proceedings. We **GRANT** the real parties' motion, and order the original proceedings pending under our case numbers 14-14-00417-CV and 14-14-00458-CV **CONSOLIDATED**.

In addition, the court requests real parties in interest Porter Hedges LLP, John Alexander Irvine, and Richard Blake Runions to file a response to relator's petition for writ of mandamus in No. 14-14-00458-CV on or before July 7, 2014.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.